```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
FRANCES FERRARO,                     :
                                     :  07 Civ. 9726(VM)
                Plaintiff,           :
                                     :
     - against -                     :  ORDER
                                     :
THE HARTFORD FINANCIAL SERVICES      :
GROUP, INC.,                         :
                                     :
                Defendant.           :
-------------------------------------X
```

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 4-9-08

**VICTOR MARRERO, United States District Judge.**

By Order dated March 7, 2008, having noted that no correspondence with the Court or other proceedings had been recorded in this action since the filing of the complaint on November 2, 2007 and that no defendant had been served with process, the Court directed that by March 14, 2008 plaintiff herein clarify the status of this action, and to complete service of process or show cause why such service has not been made or could not be made by the date specified. The Court indicated that in the event no timely response had been made to this Order by the date indicated the Court may direct that the action be dismissed pursuant to Federal Rule of Civil Procedure 4(m) and the case closed. A review of the Docket Sheet for the matter indicates no response to the Court's March 7, 2008 Order. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint herein without prejudice and to close this case, provided that within ten (10) days of the date of this Order plaintiff, for good cause shown, may request reinstatement of the action to the Court's active docket. In the event no such timely request is made the case shall be deemed dismissed with prejudice.

SO ORDERED.

Dated:     New York, New York
           9 April 2008

                              _____
                                  VICTOR MARRERO
                                     U.S.D.J.